AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

vs.

CHRISTOPHER KELTON

**CRIMINAL COMPLAINT**

CASE NUMBER: 5:07-mj- 1020-GRJ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  From in or about June 2006 and continuing through in or about June 2007, in Marion County, in the Middle District of Florida, defendant did,

Knowingly fail to register as a sex offender

in violation of Title 18, United States Code, Section 2250.  I further state that I am a Deputy U.S. Marshal, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
Laura Sofia

Sworn to before me and subscribed in my presence,

June 15, 2007                              at        Ocala, Florida

Gary R. Jones
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF FLORIDA                    CASE NO. 5:07-mj-1020-GRJ

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

The affiant, Laura Sofia, Deputy Marshal with the United States Marshals Service, being duly sworn, states the following:

1.      I am a Deputy Marshal Criminal Investigator with the United States Marshals Service and have been so employed since June 1998.  I am currently assigned the investigation of Christopher KELTON, a convicted sex offender who did, in violation of the Sex Offender Registration and Notification Act, commit the offense of Knowingly Failing to Register or Update a Registration.  This is a violation of 18 U.S.C. § 2250.

2.      On April 23, 2007, I was informed by Deputy Marshal Roberto Rodriguez of the District of Colorado that KELTON, who is a registered sex offender in the State of Colorado, had absconded and was believed to be living in Ocala, Florida.

3.      KELTON was convicted on April 18, 1991, in El Paso County, Colorado, under Statute 18003.00405, Sexual Assault on a Child.  The victims were two neighborhood boys, ages five and eight.  There were multiple instances of molestation on each of the two boys.  At the time he committed the crime, KELTON was thirteen years old.  KELTON was sentenced to two years' probation by the State of Colorado. At the time of his conviction, KELTON was a resident of the State of Colorado.  On June 6, 2005, KELTON registered as a Sex Offender with the El Paso County Sheriff's Office.  He listed his home address as 4348 North Chestnut Street, Colorado Springs, Colorado 80907.  On page 2 of the Sex Offender Registration form signed by KELTON,

it states: "if you change residence to another state or jurisdiction, you must report your new address to the law enforcement agencies where you are registered in Colorado and in the city or town where you will reside in the new state."

4.     On February 8, 2006, KELTON submitted his yearly re-registration form in El Paso County.  He again listed the North Chestnut Street address as his current residence.  On this form, it showed that KELTON's next re-registration date was January 26, 2007.  KELTON did not submit a re-registration form on that date and has not done so as of June 8, 2007.

5.     On March 9, 2007, the El Paso County Sheriff's Office issued a warrant for KELTON charging him with failure to register as a sex offender.  However, the State of Colorado will not extradite on this offense.

6.     On April 12, 2007, the Colorado Bureau of Investigations (CBI) contacted the U.S. Marshals Office in Denver, Colorado, regarding KELTON.  Investigators had developed information that KELTON was living in Ocala, Florida, with relatives.  An Accurint LE Plus database check showed that KELTON had a possible address of 56 Juniper Pass, Ocala, Florida.  CBI requested assistance from the U.S. Marshals in locating KELTON and possibly pursuing federal charges under the Adam Walsh Act.

7.     On June 21, 2006, KELTON obtained a Florida drivers license, DL # K435104780260, listing an address of 7024 County Road 25, Belleview, Florida 34420. In October 22, 2006, KELTON also registered a maroon Buick automobile, Florida tag # X026LT, VIN # 1G4AH51W5JT442412, in his name at that address.  KELTON changed the registration address to 56 Juniper Pass, Apt. 2, Ocala, Florida, on January 22, 2007.  The vehicle is also registered in the name of KELTON's wife, Carolyn Louise

2

Kelton, who has a Florida drivers license, DL # K435112809660. Carolyn Kelton also lists the Juniper Pass address on her driver's license.

8. According to the landlord of the Juniper Pass address, the lease for Unit 2 is in the name of John Saltis. Saltis' wife is Beth Saltis. Both Carolyn Kelton and Beth Saltis have the maiden name "Williford" and are believed to be related.

9. On April 23, 2007, Deputy U.S. Marshal Brian Rivera interviewed an occupant of another unit at 56 Juniper Pass. This individual identified KELTON from his Florida drivers license photo as one of the occupants of Unit 2. This individual further stated that KELTON drove a maroon Buick with a large sticker in the rear window reading "Cowboy Up Redneck." This individual stated that he had heard that KELTON was going to be moving out soon because his brother-in-law, John Saltis, was angry that KELTON was unemployed.

10. On May 4, 2007, the occupant of a unit at 56 Juniper Pass, referred to in paragraph 9 above, telephoned Deputy Rivera to inform him that KELTON was at the Juniper Pass residence and that the maroon Buick was parked outside.

11. On May 18, 2007, Deputy Rivera noticed a maroon Buick with FL tag # X026LT and a large sticker in the rear window reading "Cowboy Up Redneck" at the corner of Highway 301 and State Road 26 Ocala, Florida. Deputy Rivera was able to visually identify the driver of the vehicle as Christopher KELTON based on his photograph. Deputy Rivera followed KELTON for several miles, hoping to determine his current residence. He was unable to do so. Deputy Rivera did not make contact with KELTON because the existing Colorado State warrant was not extraditable.

3

12.    According to a Wage and Hours check by the Florida Department of Law Enforcement, Kelton was employed the first quarter of 2007 at Long Movers in Dunnellon, Florida.  Also, during the last quarter of 2006, he was receiving wages from SPCL South East Employee Leasing.  That company's mailing address is in Holiday, Florida.

13.    On June 8, 2007, a check of the Florida Department of Law Enforcement's Sexual Offender database showed no one registered under the name Christopher KELTON in the State of Florida.

14.    Based on the aforementioned facts, I believe that Christopher KELTON has absconded from the State of Colorado, established residency in the State of Florida, and knowingly failed to register as a sex offender in violation of 18 U.S.C. § 2250.

This concludes my affidavit.

Laura Sofia
Deputy U.S. Marshal, Criminal Investigator
United States Marshals Service

Gary R. Jones
United States Magistrate Judge

4